IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02221-MEH

FETALE A. ALI,

    Plaintiff,

v.

SAM'S WEST INC d/b/a SAM'S CLUB,

    Defendant.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

    The parties have filed a "Stipulation for Dismissal with Prejudice." ECF 114. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Stipulation is self-effectuating, and the claims between the parties were dismissed with prejudice as of the filing of the Stipulation.

    The Clerk of Court shall **close** this case.

    Dated and entered at Denver, Colorado, this 8th day of December 2023.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge